# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130711

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BYRON KEITH MILLISOR,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130711
COA: 266009
Oakland CC: 2004-198626-FH

On order of the Court, the application for leave to appeal the February 7, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal for the reasons stated in her dissent in *People v Conway*, 474 Mich 1140 (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk

p0724